```
LAWRENCE G. BROWN
Acting United States Attorney
JEAN M. HOBLER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $290,502.12 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 695109651, HELD IN THE NAME OF ANDREY MALKO AND GABRIEL TRAVEL LLC, and<br><br>APPROXIMATELY $4,178.59 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 695109651, HELD IN THE NAME OF ANDREY MALKO AND GABRIEL TRAVEL LLC,<br><br>    Defendants. | 2:09-CV-01119-WBS-KJM<br><br>APPLICATION AND ORDER FOR PUBLICATION |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendants approximately $290,502.12 in U.S. Currency seized from Bank of America Account Number 695109651, held in the name of Andrey Malko and Gabriel Travel LLC, and approximately $4,178.59 in U.S. Currency seized from Bank of America Account Number 695109651, held in the name of Andrey Malko and Gabriel Travel LLC, (hereafter "the defendant funds") were seized in the city of Sacramento, in Sacramento County, California. The Internal Revenue Service published notice of the non-judicial forfeiture of the defendant funds on January 5, 12 and 20, 2009, in <u>The Daily Recorder</u>.

4. Plaintiff proposes that publication be made as follows:

    a. One publication;

    b. Thirty (30) consecutive days;

    c. On the official internet government forfeiture site www.forfeiture.gov;

    d. The publication is to include the following:

        (1) The Court and case number of the action;

        (2) The date of the seizure/posting;

        (3) The identity and/or description of the property seized/posted;

        (4) The name and address of the attorney for the Plaintiff;

        (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for

the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

    (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and that, in the absence thereof, default may be entered and condemnation ordered.

Dated: April 23, 2009   LAWRENCE G. BROWN
            Acting United States Attorney


            /s/ Jean M. Hobler
            JEAN M. HOBLER
            Special Assistant U.S. Attorney


**ORDER**

 IT IS SO ORDERED.
Dated: April 27, 2009.

            _____
            U.S. MAGISTRATE JUDGE