BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CV-01119-WBS-KJM |
| Plaintiff, | ) | FINAL JUDGMENT OF FORFEITURE |
| v. | ) | |
| APPROXIMATELY $290,502.12 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 695109651, HELD IN THE NAME OF ANDREY MALKO AND GABRIEL TRAVEL LLC, and | ) | |
| APPROXIMATELY $4,178.59 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 695109651, HELD IN THE NAME OF ANDREY MALKO AND GABRIEL TRAVEL LLC, | ) | |
| Defendants. | ) | |

    Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds as follows:

    1.  This is a civil forfeiture action against Approximately $290,502.12 in U.S. Currency seized from Bank of America Account Number 695109651, held in the name of Andrey Malko and Gabriel Travel LLC, and Approximately $4,178.59 in U.S. Currency seized from Bank of America Account Number 695109651, held in the name

of Andrey Malko and Gabriel Travel LLC, (hereafter "the defendant funds") seized on or about December 16, 2008, in Sacramento, California, by the Department of the Treasury, Internal Revenue Service.

2.   A Complaint for Forfeiture In Rem (hereafter "Complaint") was filed on April 23, 2009, seeking the forfeiture of the defendant funds, alleging that said funds are subject to forfeiture to the United States pursuant to 18 U.S.C. § 984 and 31 U.S.C. § 5317(c)(2).

3.   On or about April 23, 2009, the Clerk issued a Warrant for Arrest In Rem for the defendant funds, and that warrant was duly executed on April 24, 2009.

4.   On or about April 24, 2009, copies of the Complaint, Application and Order for Publication, Warrant for Arrest In Rem, and court notices were served on Donald H. Heller, attorney for claimant Andrey Malko.  Mr. Heller agreed to accept service on behalf of claimant.

5.   Beginning on April 29, 2009, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on June 12, 2009.

6.   Claimant Andrey Malko filed a Claim to the defendant funds on May 19, 2009, and a Verified Answer to the Complaint on July 1, 2009.  No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

7.   Claimant Andrey Malko is the sole owner of the defendant

funds.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1.  The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.  That judgment is hereby entered against claimant Andrey Malko and all other potential claimants who have not filed claims in this action.

3.  Upon entry of this Final Judgment of Forfeiture, $145,251.06 of the $290,502.12 in U.S. Currency seized from Bank of America Account Number 695109651, and $2,089.29 of the $4,178.59 in U.S. Currency seized from Bank of America Account Number 695109651, together with any interest that may have accrued on those amounts, shall be forfeited to the United States pursuant to 18 U.S.C. § 984 and 31 U.S.C. § 5317(c)(2), to be disposed of according to law.

4.  Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $145,251.06 of the $290,502.12 in U.S. Currency seized from Bank of America Account Number 695109651, and $2,089.30 of the $4,178.59 in U.S. Currency seized from Bank of America Account Number 695109651, together with any interest that may have accrued on those amounts, shall be returned by the Department of the Treasury, Internal Revenue Service to claimant Andrey Malko through his attorney Donald H. Heller.

5.  That plaintiff United States of America and its

servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant funds.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed.  The parties waive the provisions of California Civil Code § 1542.

     6.  Claimant Andrey Malko waives any and all claim or right to interest that may have accrued on the defendant funds being forfeited to the United States.

     7.  That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on or about April 23, 2009, the Court finds that there was reasonable cause for the seizure and arrest of the defendant funds, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

     8.  That all parties are to bear their own costs and attorney fees, if any.

SO ORDERED THIS <u>19th</u> day of January, 2010.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///
///
///
///
///

CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein and the allegations set forth in the Complaint filed April 23, 2009, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant funds.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE