**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Ave.**
**Suite 215**
**Sacramento, CA 95825**
**Telephone:   (916) 974-3500**
**Facsimile:   (916) 927-2009**

**Attorneys for Defendant**
**Andrey Malko and Gabriel Travel, LLC**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CV-01119-WBS-KJM |
| Plaintiff, | |
| vs. | ORDER AMENDING<br>FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $290,502.12 IN U.S. CURRENCY SIEZED FROM BANK OF AMERICA ACCOUNT NUMBER 695109651, HELD IN THE NAME OF ANDREY MALKO AND GABRIEL TRAVEL LLC, AND | |
| APPROXIMATELY $4,178.59 IN U.S. CURRENCY SIEZED FROM BANK OF AMERICA ACCOUNT NUMBER 695109651 HELD IN THE NAME OF ANDREY MALKO AND GABRIEL TRAVEL LLC, | |
| Defendants. | |

Based on the Stipulation to Amend Final Judgment of Forfeiture filed in this matter by and between plaintiff United States of America and claimants Andrey Malko, Andrey Malko d/b/a Gabriel

-1-

Travel, and Gabriel Travel, LLC ("claimant"), Good cause appearing, IT IS HEREBY ORDERED THAT THE FINAL JUDGMENT IS AMENDED as follows:

Paragraph 4 of the Order of this Court executed on January 20, 2010, is hereby amended completely as follows:

> 4. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $145,251.06 of the $290,502.12 in U.S. Currency seized from Bank of America Account Number 695109651, and $2,089.30 of the $4,178.59 in U.S. Currency seized from Bank of America Account Number 695109651, together with any interest that may have accrued on those amounts, shall be returned by the Department of the Treasury, Internal Revenue Service to claimant Andrey Malko directly by electronic transfer to claimant Andrey Malko's bank account.

The Court further Orders that the time for payment by the Department of the Treasury, Internal Revenue Service shall be calculated from the date of entry of this amendment to the Final Judgment of Forfeiture, and that the order amending the judgment shall not otherwise affect any portion of the Final Judgment or the related Certificate of Reasonable Cause not expressly addressed herein.

Dated: February 10, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE